Daniel L. Feder (SBN 130867)
LAW OFFICES OF DANIEL FEDER
235 Montgomery Street Suite 1019
San Francisco, CA 94104
Telephone: (415) 391-9476
Facsimile: (415) 391-9432
daniel@dfederlaw.com

Attorneys for Plaintiff,
NINA TRAVIS

MATTHEW T. SINNOTT (SBN 229468)
msinnott@martensonlaw.com
KATIE M. GREENBAUM (SBN 312379)
kgreenbaum@martensonlaw.com
DANIELLE J. VUKOVICH (SBN 323283)
dvukovich@martensonlaw.com
MARTENSON, HASBROUCK & SIMON LLP
5800 Armada Drive, Suite 101
Carlsbad, CA 92008
Telephone:      (760) 683-8499
Facsimile:      (442) 244-0821

Attorneys for Defendant
G4S SECURE SOLUTIONS USA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

[SAN FRANCISCO DIVISION]

| | |
|---|---|
| NINA TRAVIS, an individual, <br><br> Plaintiff, <br><br> v. <br><br> G4S SECURE SOLUTIONS USA, INC. <br><br> Defendant. | Case No. 4:21-CV-06115 <br><br> **JOINT STIPULATION TO CONTINUE FURTHER CASE MANAGEMENT CONFERENCE AND ORDER (AS MODIFIED)** <br><br> Judge:              Hon. Donna Ryu <br> Trial Date:         May 8, 2023 <br> Date Action Filed:  August 9, 2021 |

WHEREAS a Case Management Conference is currently scheduled in this matter for March 16, 2022 at 1:30 pm; and

1

**Stip and Order re Continuance of Case                               Management Conference**

WHEREAS Counsel for the Plaintiff and Defendant have agreed that a short continuance is needed in order to accommodate Plaintiff's counsel's schedule, which includes a mediation that cannot be changed;

THEREFORE, pursuant to Local Rules 7 and 16-2, parties stipulate and request as follows:

That the Case Management Conference shall be continued to May 4, 2022, if such date is convenient for the Court, or the first available date thereafter.

Dated:  March 15, 2022         /s/ Daniel L. Feder

**DANIEL L. FEDER**
LAW OFFICES OF DANIEL FEDER

Dated:  March 15, 2022         /s/ Danielle J. Vukovich

**DANIELLE J. VUKOVICH**
MARTENSON, HASBROUCK & SIMON LLP

**ATTESTATION PURSUANT TO LOCAL RULE 5-1(h)(3)**

I, Daniel Feder, attest that concurrence in the filing of this stipulation has been obtained from the signatories, Daniel L. Feder, counsel for Plaintiff, and Danielle Vukovich, counsel for Defendant G4S Secure Solutions USA, Inc.

DATED:  March 15, 2022         By:  /s/ *Daniel Feder*
                                    Daniel Feder

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED that the Further Case Management Conference set for March 16, 2022 at 1:30 p.m. is vacated and continued to May 4, 2022 at 1:30 p.m. in Oakland, - Videoconference only.  Parties shall file an updated joint case management conference statement by no later than April 27, 2022.

IT IS SO ORDERED AS MODIFIED.

DATED: March 15, 2022

The Honorable Donna Ryu
United States District Court Judge

*IT IS SO ORDERED AS MODIFIED.* (stamp, signed Donna M. Ryu)