Daniel L. Feder (SBN 130867)
daniel@dfederlaw.com
LAW OFFICES OF DANIEL FEDER
235 Montgomery Street Suite 1019
San Francisco, CA 94104
Telephone:    (415) 391-9476
Facsimile:    (415) 391-9432

Attorneys for Plaintiff
NINA TRAVIS

MATTHEW T. SINNOTT (SBN 229468)
msinnott@martensonlaw.com
KATIE M. GREENBAUM (SBN 312379)
kgreenbaum@martensonlaw.com
DANIELLE J. VUKOVICH (SBN 323283)
dvukovich@martensonlaw.com
MARTENSON, HASBROUCK & SIMON LLP
5800 Armada Drive, Suite 101
Carlsbad, CA 92008
Telephone:    (760) 683-8499
Facsimile:    (442) 244-0821

Attorneys for Defendant
G4S SECURE SOLUTIONS USA, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### [OAKLAND DIVISION]

| | |
|---|---|
| NINA TRAVIS, an individual,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>G4S SECURE SOLUTIONS USA, INC.<br><br>　　　　Defendant. | Case No.  4:21-CV-06115<br><br>**JOINT STIPULATION TO CONTINUE MEDIATION COMPLETION DEADLINE**<br><br>Judge:　　　Hon. Donna Ryu<br>Trial Date:　　May 8, 2023<br>Date Action Filed: August 9, 2021 |

Plaintiff Nina Travis ("Plaintiff") and Defendant G4S Secure Solutions USA, Inc. ("Defendant") (collectively, the "Parties"), by and through their respective counsel, hereby stipulate as follows.

WHEREAS, the deadline to complete private mediation is currently set for April 15, 2022;

WHEREAS, the Parties have scheduled private mediation with mediator Mark Lemke on August 10, 2022;

WHEREAS, due to scheduling conflicts between the Parties, their respective counsel, and the agreed-upon mediator, August 10, 2022 is the earliest date that the parties are able to complete private mediation;

WHEREAS, the Parties and their respective counsel agree that this request for continuance does not result from any lack of diligence on the Parties' or counsels' parts;

WHEREAS, the Parties previously stipulated to continue a Case Management Conference from March 16, 2022 to May 4, 2022, no other time modifications have been requested by the Parties;

WHEREAS, the Parties agree and represent that they are informed and believe that the requested extension herein will not prejudice and/or effect all other dates ordered by the above entitled Court in this matter.

THEREFORE, pursuant to Local Rules 6-2, the Parties stipulate and request that the mediation completion date is extended to August 11, 2022.

Dated:  April 15, 2022         /s/ Daniel L. Feder
                               **DANIEL L. FEDER**
                               LAW OFFICES OF DANIEL FEDER

Dated:  April 15, 2022         /s/ Danielle J. Vukovich
                               **MATTHEW T. SINNOTT**
                               **KATIE M. GREENBAUM**
                               **DANIELLE J. VUKOVICH**
                               MARTENSON, HASBROUCK & SIMON LLP

**ATTESTATION PURSUANT TO LOCAL RULE 5-1(h)(3)**

I, Danielle J. Vukovich, attest that concurrence in the filing of this stipulation has been obtained from the signatories, Danielle J. Vukovich, counsel for Defendant G4S Secure Solutions USA, Inc., and Daniel L. Feder, counsel for Plaintiff Nina Travis.

DATED: April 15, 2022          By: /s/ Danielle J. Vukovich
                                   Danielle J. Vukovich

PURSUANT TO STIPULATION,
IT IS SO ORDERED.

DATE: April 18, 2022

*IT IS SO ORDERED*
*Judge Donna M. Ryu*

The Honorable Donna Ryu
United States Magistrate Judge