DANIEL L. FEDER (SBN 130867)
daniel@dfederlaw.com
THE LAW OFFICES OF DANIEL FEDER
235 Montgomery Street, Suite 1019
San Francisco, CA 94104
Telephone:  (415) 391-9476
Facsimile:   (442) 244-0821

Attorney for Plaintiff
NINA TRAVIS

MATTHEW T. SINNOTT (SBN 229468)
msinnott@martensonlaw.com
DANIELLE J. VUKOVICH (SBN 323283)
dvukovich@martensonlaw.com
MARTENSON, HASBROUCK & SIMON LLP
5800 Armada Drive, Suite 101
Carlsbad, CA 92008
Telephone:  (760) 683-8499
Facsimile:   (442) 244-0821

Attorneys for Defendant
G4S SECURE SOLUTIONS USA, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**[SAN FRANCISCO DIVISION]**

| | |
|---|---|
| NINA TRAVIS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>G4S SECURE SOLUTIONS USA, INC.<br><br>　　　　　Defendant. | CASE NO.: 4:21-cv-06115-DMR<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)**<br><br>Honorable Donna M. Ryu |

1  Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS
2  STIPULATED by and between the parties hereto that this action may be dismissed
3  with prejudice as to all parties; each party to bear his/her/its own attorneys' fees
4  and costs. This stipulation is made as the matter has been resolved to the
5  satisfaction of all parties.

DATE: November 8, 2022          THE LAW OFFICES OF DANIEL FEDER

                                BY: /s/ Daniel L. Feder
                                    DANIEL L. FEDER
                                    Attorney for Plaintiff
                                    NINA TRAVIS

DATE: November 8, 2022          MARTENSON, HASBROUCK & SIMON LLP

                                BY: /s/ Danielle J. Vukovich
                                    MATTHEW T. SINNOTT
                                    DANIELLE J. VUKOVICH
                                    Attorneys for Defendant
                                    G4S SECURE SOLUTIONS USA, INC.

## **SIGNATURE CERTIFICATION**

I hereby certify that the content of this document is acceptable to Daniel L. Feder, counsel for Plaintiff Nina Travis, and that I have obtained authorization to affix his electronic signature to this document.

DATE: November 8, 2022            MARTENSON, HASBROUCK & SIMON LLP

                                  BY:  /s/ Danielle J. Vukovich
                                       MATTHEW T. SINNOTT
                                       DANIELLE J. VUKOVICH
                                       Attorneys for Defendant
                                       G4S SECURE SOLUTIONS USA, INC.